IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) No. 3:08-CR-0167-B |
| | ) |
| DAROBIE KENTAY STENLINE, | ) |
| ID # 37468-177, | ) |
| Defendant. | ) |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation, the Court **DENIES** Defendant's *Motion to Modify Term of Imprisonment Pursuant to 18 U.S.C. § 3582*, filed on or about July 30, 2010, (doc. 407), and does not construe the motion as being filed pursuant to 28 U.S.C. § 2255.

SIGNED this 1st day of Sept, 2010.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE